# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILLIP B. HAUSKEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD LINN,<br><br>　　　　　　Defendant. | NO: 2:15-cv-00024- SAB<br><br>ORDER DISMISSING ACTION |

**BEFORE THE COURT** is a joint notice of Voluntary Dismissal signed by Plaintiff Phillip B. Hausken and electronically filed by counsel for Defendant Richard Linn. ECF No. 14. The complaint was not filed and there is a pending Report and Recommendation to deny Plaintiff's application to proceed *in forma pauperis*. ECF No. 10. This case was re-assigned to the undersigned judicial officer on March 27, 2015.

Based on the notice of voluntary dismissal, **IT IS ORDERED** that this action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)**. IT IS FURTHER**

ORDER DISMISSING ACTION -- 1

**ORDERED** that the Report and Recommendation is **REJECTED** and all pending motions are **DENIED as moot.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.  Counsel for Defendant shall be notified electronically in the ordinary course of business.

**DATED** this 13th day of April 2015.



Stanley A. Bastian
United States District Judge

ORDER DISMISSING ACTION -- 2